IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BONITA MONTGOMERY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CV318 |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for extension of time (Filing No. 14). The Court notes plaintiff has no objection, and said motion will be granted. Accordingly,

IT IS ORDERED that defendant's motion for extension of time is granted; defendant shall have until April 15, 2016, to file a response to plaintiff's brief.

DATED this 4th day of April, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court