IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BONITA MONTGOMERY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CV318 |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to remand (Filing No. 16). The Court notes plaintiff has no objection (Filing No. 17) and finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the decision of the ALJ is reversed; this case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this 25th of April, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court