IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BONITA MONTGOMERY, | ) | 8:15CV318 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| NANCY BERRYHILL, | ) | |
| Acting Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the court's Memorandum and Order entered this date,

(1) Plaintiff's counsel is awarded $9,951.00 in attorney fees pursuant to 42 U.S.C. § 406(b), which shall be paid directly to Plaintiff's counsel from Plaintiff's past-due benefits that were withheld by the Social Security Administration for payment of an authorized attorney fee; and

(2) Plaintiff's counsel is directed to refund to Plaintiff $5,268.54 in attorney fees previously awarded under the Equal Access to Justice Act.

March 19, 2018　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　　United States Senior District Judge